

# THE THIRTEENTH COURT OF APPEALS

## 13-18-00003-CR

Flabiano Mayorga, Jr. A/K/A Flabiano Mayorga
v.
The State of Texas

On Appeal from the
404th District Court of Cameron County, Texas
Trial Cause No. 2015-DCR-2384-G

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant, Flabiano Mayorga Jr. A/K.A Flabiano Mayorga.

We further order this decision certified below for observance.

April 4, 2019